

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00109-CV

| | | |
|---|---|---|
| Childress Engineering Services, Inc. | § | From the 67th District Court |
| v. | § | of Tarrant County (067-264677-13) |
| Nationwide Mutual Insurance Company, as Subrogee to Meritage Homes of Texas, L.L.C. | § | December 7, 2017 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Nationwide Mutual Insurance Company, as Subrogee to Meritage Homes of Texas, L.L.C. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth